IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEREMY M. WRIGHT, </br></br>  Plaintiff, </br></br> vs. </br></br> DAVID HENNRICH, </br></br>  Defendant(s). | CASE NO. 11-225-SCW |

### JUDGMENT IN A CIVIL CASE

This matter came before this Court for jury trial. The issues have been tried and the jury has rendered it's verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant **DAVID HENNRICH** and against Plaintiff **JEREMY M. WRIGHT** in accordance with jury verdict (Doc. 156)

Plaintiff shall take nothing from this action.

**DATED** this 6th day of November, 2014

                                             JUSTINE FLANAGAN,
                                             Acting Clerk of Court

                                             By: s//Angie Vehlewald
                                                             Deputy Clerk

Approved by:  s// Stephen C. Williams
                 STEPHEN C. WILLIAMS
                 United States Magistrate Judge